IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Doescher, William F | Case Number: 04 B 19110 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 5/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 29, 2008
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 35,679.60 | |
| Secured: | | 19,800.00 |
| Unsecured: | | 7,588.90 |
| Priority: | | 2,110.61 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 1,710.49 |
| Other Funds: | | 1,869.60 |
| Totals: | 35,679.60 | 35,679.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Beneficial Illinois Inc | Secured | 19,800.00 | 19,800.00 |
| 3. | Internal Revenue Service | Priority | 2,110.61 | 2,110.61 |
| 4. | Internal Revenue Service | Unsecured | 68.55 | 116.36 |
| 5. | RoundUp Funding LLC | Unsecured | 412.24 | 699.77 |
| 6. | Americash Loans, LLC | Unsecured | 148.72 | 252.46 |
| 7. | Premier Bankcard | Unsecured | 171.08 | 290.40 |
| 8. | Premier Bankcard | Unsecured | 170.83 | 289.97 |
| 9. | Short Term Loans LLC | Unsecured | 179.05 | 303.95 |
| 10. | Premier Bankcard | Unsecured | 177.12 | 300.65 |
| 11. | Premier Bankcard | Unsecured | 170.53 | 289.49 |
| 12. | Merrick Bank | Unsecured | 772.97 | 1,312.15 |
| 13. | Premier Bankcard | Unsecured | 177.21 | 300.79 |
| 14. | Premier Bankcard | Unsecured | 226.22 | 384.03 |
| 15. | Americash Loans, LLC | Unsecured | 249.55 | 423.61 |
| 16. | Jefferson Capital | Unsecured | 576.86 | 979.24 |
| 17. | RoundUp Funding LLC | Unsecured | 525.22 | 891.54 |
| 18. | RoundUp Funding LLC | Unsecured | 444.46 | 754.49 |
| 19. | Internal Revenue Service | Priority | | No Claim Filed |
| 20. | Check Into Cash | Unsecured | | No Claim Filed |
| 21. | Cash Advance | Unsecured | | No Claim Filed |
| 22. | Advance Til Payday | Unsecured | | No Claim Filed |
| 23. | Household Finance | Unsecured | | No Claim Filed |
| 24. | Disney Credit Card | Unsecured | | No Claim Filed |
| 25. | LaSalle Bank NA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Doescher, William F | Case Number: 04 B 19110 |
|---|---|
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 5/14/04 |

| 26. | Pay Day Loans | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | FSM Group Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,981.22 | $ 32,099.51 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 121.37 |
| 6.5% | 402.50 |
| 3% | 77.91 |
| 5.5% | 387.66 |
| 5% | 129.84 |
| 4.8% | 231.50 |
| 5.4% | 359.71 |
| | _____ |
| | $ 1,710.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

